UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No: 11-04049-3G7

DEBORAH FRANKLIN

_____ Debtor(s). /

## TRUSTEE'S NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> PURSUANT TO M.D. FLA. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT, 300 N. HOGAN STREET, SUITE 3-350, JACKSONVILLE, FL 32202, AND SERVE A COPY ON THE ATTORNEY FOR THE TRUSTEE, GORDON P. JONES, P.O. BOX 600459, JACKSONVILLE, FL 32260-0459. IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C §363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the Trustee will sell at private sale the Estate's interest in the following described property:

Household goods and furnishings listed on Schedule B for **$4,000**

The sale shall be to the Debtor(s) for not less than $4,000 payable at the rate of $333.34 monthly commencing September 15, 2011, and continuing each month until paid in full. Payment(s) shall be made to **Gordon P. Jones, Trustee, and mailed to Post Office Box 600459, Jacksonville, FL 32260-0459. Furthermore, the Debtor(s) shall forthwith provide the Trustee proof that the tangible personal property is insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue so long as there remain any sums unpaid.**

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Dated: October 3, 2011

*/s/ Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Trustee

A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 3rd day of October, 2011 or electronically by the Bankruptcy Noticing Center, to all creditors and parties in interest on the mailing matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-04049-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Oct  3 09:19:25 EDT 2011 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Deborah Franklin<br>13000 Broxton Bay Drive<br>Apt. 315<br>Jacksonville, FL 32218-8395 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Gordon Jones<br>PO Box 600459<br>Jacksonville, FL 32260-0459 | ARM<br>P.O. Box 129<br>Thorofare, NJ 08086-0129 | American InfoSource LP as agent for<br>Merrick Bank<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Arrowhead Investments, Inc.<br>32 West 200 South<br>Ste 350<br>Salt Lake City, UT 84101-1603 | Barclays Bank Delaware<br>Attention:  Customer Support Department<br>Po Box 8833<br>Wilmington, DE 19899-8833 | CANDICA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK  73124-8839 | Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154-1529 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Cash Banc<br>29L Atlantic Ave<br>Ste 324<br>Ocean View, DE 19970-9115 | CashCall Inc<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Cashcall Inc<br>Attention:  Bankruptcy Department<br>1600 S Douglass Rd<br>Anaheim, CA 92806-5948 |
| Check 'n Go<br>1235 Arlington Rd N<br>Jacksonville, FL 32211-5814 | Comcast<br>P.O. Box 530099<br>Atlanta, GA 30353-0099 | Community First Cu Of<br>623 N Main St<br>Jacksonville, FL 32202-3011 |
| Credit Collection Services<br>P.O. Box 55126<br>Boston, MA 02205-5126 | Credit Collection Services<br>Two Wells Avenue<br>Dept 9135<br>Newton Center, MA 02459-3208 | Credit Protection Depot<br>2840 Highway 95<br>Silver Springs, NV 89429 |
| Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | Encore Receivable Management<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | Enhanced Recovery Corporatio<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Equable Ascent Financial<br>1120 W Lake Cook Rd<br>Suite B<br>Buffalo Grove, IL 60089-1970 | First Bank of Deleware<br>P.O. Box 11396<br>Fort Worth, TX 76110-0396 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |

| | | |
|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | High Country Loans/PDL Loan<br>P.O. Box 438<br>Timber Lake, SD 57656-0438 | Hilco Rec<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089-1970 |
| Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 | Impact Cash USA<br>P.O. Box 140<br>Box Elder, MT 59521-0140 | MTE Financial Services, Inc.<br>dba Cash Advance Network<br>515 G.S.E.<br>Miami, OK 74354-8224 |
| Merchants Assoc Cool D<br>134 S Tampa St<br>Tampa, FL 33602-5396 | Merrick Bk<br>Po Box 23356<br>Pittsburg, PA 15222-6356 | Midland Financial, LLC<br>10975 Benson St, Ste 350<br>Overland Park, KS 66210-2130 |
| National Credit Adjusters<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 | National Credit System<br>Attn: Bankruptcy<br>Po Box 312125<br>Atlanta, GA 31131-2125 | Plaza Associates<br>JAF Station, P.O. Box 2769<br>New York, NY 10116-2769 |
| Plaza Associates<br>JAF Station, P.O. Box 279<br>New York, NY 10116-0279 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Debt Me<br>4161 Carmichael Av<br>Jacksonville, FL 32207-2353 |
| Quest Diagnostics<br>P.O. Box 41652<br>Philadelphia, PA 19101-1652 | Receivables Performance Mana<br>20816 44th Ave W<br>Lynnwood, WA 98036-7744 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| U.S. Small Business Administ<br>801 Tom Martin Dr<br>Suite 120<br>Birmingham, AL 35211-6424 | United Cash Loans<br>3531 P.St.NW,P.O. Box 111<br>Miami OK 74355-0111 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |
| Wm. W. Siegel & Assoc<br>P.O. Box 9006<br>Smithtown, NY 11787-9006 | mycashnow<br>P.O. Box 229<br>Margaretville, NY 12455-0229 | Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 |
| T. Eileen Dolaghan +<br>King & Dolaghan, P.A.<br>2219 Park Street<br>Jacksonville, FL 32204-4315 | United States Trustee - JAX 7 +<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | GE Money Bank +<br>Attn: Ramesh Singh<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| American Honda Finance Corporation<br>PO Box 168088<br>Irving, TX 75016 | (d)American Honda Finance<br>Po Box 1027<br>Alpharetta, GA 30009 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 |
|---|---|---|
| Portfolio Rc<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

End of Label Matrix
Mailable recipients   56
Bypassed recipients    1
Total                 57